# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Khalil Khalil

                    Plaintiff,

v.                                          Case No.: 1:17−cv−07474
                                                   Honorable Harry D. Leinenweber

McGrath Colosimo, Ltd

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 13, 2017:

      MINUTE entry before the Honorable Harry D. Leinenweber:Motion hearing held on 12/13/2017. Plaintiff's motion for class [13] continued to 1/17/2018 at 9:00 a.m. Defendant's motion for judgment on the pleadings[16]continued to 1/17/2018 at 9:00 a.m. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.