**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

KHALIL KHALIL, individually and on behalf of
all others similarly-situated

Case No.: 1:17-cv-07474

Plaintiff,

v.

McGRATH COLOSIMO, LTD. d/b/a
McGRATH LEXUS.,

Defendant

## STIPULATION OF DISMISSAL

NOW COMES Plaintiff, by and through his attorney, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulates and agrees to the dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

**Plaintiff**

By: _[signature]_
Counsel for Plaintiff

Edward T. Joyce
Robert D. Carroll
The Law Offices of Edward T. Joyce &
Assoc., PC
135 S. LaSalle St., Ste. 2200
Chicago, IL 60603 # 47922
Tel: (312) 641-2600
Fax: (312) 641 0360

**Counsel for Plaintiff**

**Defendant**

By: _[signature]_
Counsel for Defendant

Eric L. Samore, ARDC #6181345
John C. Ochoa ARDC #6302680
SmithAmundsen, LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200

**Counsel for Defendant**

6

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he caused a true and correct copy of the foregoing STIPULATION OF DISMISSAL be served upon counsel of record via the Court's CM/ECF electronic filing system on May 29, 2019.

/s/ Robert D. Carroll
Robert D. Carroll